UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Teri A. Dupont, et al
Plaintiff

v.

Exxon Mobil Corporation, et al
Defendant

3:25-cv-00936-JWD-SDJ
Civil Action No.

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Civil Rule 7.1,

Exxon Mobil Corporation and ExxonMobil Pipeline Company

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Exxon Mobil Corporation and ExxonMobil Pipeline Company

| | |
|---|---|
| Date: | October 17, 2025 |
| Signature: | *[signature]* |
| Print Name: | John Allain Viator |
| Bar Number: | 25913 |
| Address: | 4210 Bluebonnet Blvd |
| City, State, Zip: | Baton Rouge, LA 70809 |
| Telephone: | 225-388-5600 |
| Fax: | 225-388-5622 |
| E-Mail: | john.viator@bblawla.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.