UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERI A. DUPONT, ET AL. | NO. 3:25-CV-00936 |
| *Plaintiffs* | JUDGE JOHN W. DEGRAVELLES |
| VERSUS | MAG. JUDGE SCOTT D. JOHNSON |
| EXXON MOBIL CORPORATION, ET AL. | |
| *Defendants* | |

**PLAINTIFFS' NOTICE OF NO OPPOSITION**

Teri A. Dupont, et al. ("Plaintiffs") file this Notice of No Opposition in response to the Court's directive. *See* R. Doc. 26. Plaintiffs do not oppose Exxon Mobil Corporation and ExxonMobil Pipeline Company's (collectively "Exxon") Motion to Extend Defendants' Expert Report Deadline for Damian Shea, Ph.D. through December 8, 2025. *See* R. Doc. 24.

However, since Exxon filed its motion, it has not provided any updates regarding Dr. Shea's status or otherwise requested an extension beyond December 8, 2025 for the production of Dr. Shea's expert report. To the extent Exxon requests any additional extension beyond December 8, 2025, Plaintiffs oppose.

[Signature block on the next page]

1

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Paul C. Thibodeaux*
Stephen J. Herman (No. 23129)
Kerry J. Miller (No. 24562)
John Bel Edwards (No. 26274)
Paul C. Thibodeaux (No. 29446)
H.S. Bartlett, III (No. 26795)
Lance C. McCardle (No. 29971)
Daniel J. Dysart (No. 33812)
Brennan F. O'Keefe (No. 40474)
Dylan M. Futrell (No. 41252)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
kmiller@fishmanhaygood.com
jedwards@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
lmccardle@fishmanhaygood.com
tbartlett@fishmanhaygood.com
bokeefe@fishmanhaygood.com
dfutrell@fishmanhaygood.com

A.M. "Tony" Clayton (No. 21191)
Michael P. Fruge (No. 26287)
CLAYTON, FRUGE & WARD
3741 La. Highway 1 South
Port Allen, Louisiana
Email: tclaytonlaw@aol.com
Email: michaelfruge@claytonfrugelaw.com

Michael G. Stag (No. 23314)
Matthew Rogenes (No. 36652)
STAG LIUZZA
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Email: mstag@stagliuzza.com
Email: mrogenes@stagliuzza.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Clerk of Court on this 5th day of December, 2025, using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Paul C. Thibodeaux